JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatriz Cordoba<br><br>Plaintiff,<br><br>v.<br><br>The Salvation Army et al<br><br>Defendants. | Case No.  ED CV 14-00838-AB (PJWx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been notified that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  In light of the parties' settlement and this order of dismissal, the Court vacates all future hearing dates including Defendant's pending motion for summary judgment.  (Dkt. No. 27.)

Dated:  June 24, 2015  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.